# CHRISTOPHER A. ERRANTE, ESQUIRE, LLC.
## ATTORNEY AT LAW

518 STUYVESANT AVENUE
LYNDHURST, NJ 07071

TEL: (201) 612-0202
FAX: (201) 672-0303


PLEASE DOCKET

September 29, 2011

**FILED**
**James J. Waldron, Clerk**

**SEP 2 9 2011**

U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

*Via fax 973-645-2610 and regular mail*
Honorable Rosemary Gambardella
United States Bankruptcy Court
King Federal Building & Courthouse
50 Walnut St., 3rd Floor
Newark, NJ 07102
Attn: Rosemary Paul

Re: Gerald M. and Yulday A. Saluti
Chapter 7; Case No. 11-01797 (RG)
Polidoro v. Saluti; ADV.-Pro. No. 11-01797 (RG)

Your Honor:

Please be advised this office as been retained to represent James Polidoro, Plaintiff, in the above referenced matter. Accept this letter confirming Plaintiff's Motion for entry of Default has been adjourned to October 25, 2011 at 10:00 A.M.

In the event there is a problem or question, contact the undersigned. Thank you for your time and courtesies.

Very Truly Yours,

CHRISTOPHER A. ERRANTE

Cc: Anthony Sodono, III, 973-243-8677